(June 22, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK HAMILTON, Petitioner, v STEPHEN DALSHEIM, as Superintendent of Downstate Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d

667). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.